IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:10-CR-55-WKW |
| ) | |
| THERRAL HATFIELD ) | |

## **ORDER**

Upon consideration of Defendant's *pro se* Motions for New Trial (Docs. # 143, 170) and *pro se* Motion to Dismiss Indictment (Doc. # 171), it is ORDERED that the motions are DENIED.

DONE this 29th day of June, 2011.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE