IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THERRAL HATFIELD,                    )
                                     )
        Movant/Defendant,            )
                                     )        Civil No. 2:20-cv-439-WKW-WC-1
    v.                               )
                                     )
UNITED STATES OF AMERICA,            )
                                     )
        Respondent.                  )

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through, Louis V. Franklin, Sr., United

States Attorney for the Middle District of Alabama, and Mark E. Andreu, Assistant United States

Attorney, to respectfully request that the presentence report (PSR) in this case be sealed.

The PSR is submitted in support of the Government's Response to Petitioner's claims

under 28 U.S.C. § 2255. It contains confidential information regarding Petitioner's background

and criminal history, and should therefore be sealed.

Accordingly, the Government respectfully requests that the PSR be sealed.

Respectfully submitted this 31st day of July, 2020.

<div style="margin-left:40%">

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

MARK E. ANDREU
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
(334) 223-7280

</div>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| THERRAL HATFIELD, | ) | |
| | ) | |
| Movant/Defendant, | ) | |
| | ) | Civil No. 2:20-cv-439-WKW-WC |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, I filed the foregoing motion to seal with the Clerk

of the Court and mailed, postage prepaid, a copy of this response to Benjamin Woodforde

Maxymuk, Copeland Franco PA, P.O. Box 347, Montgomery, AL 36101.


Respectfully submitted,

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

MARK E. ANDREU
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
(334) 223-7280